# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0083.  MICHAEL DELEON v. JACQUELINE DELEON.**

Michael and Jacqueline DeLeon divorced in 2014. Jacqueline, who had moved to Florida, was given primary physical custody of the parties' minor child.  In July 2015, Michael – who still resides in Georgia – filed an ex-parte petition for immediate custody of the child based on allegations that Jacqueline's boyfriend had abused him.  The trial court granted the petition and issued an emergency order granting primary physical custody to Michael.  The mother objected that the trial court lacked jurisdiction because Florida is now the child's home state.  The court entered a temporary order finding that it had emergency jurisdiction and ruling that the emergency order "shall remain in full force and effect until further order of the Court."  Michael then filed this application for interlocutory appeal.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable, including interlocutory custody orders.  See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013).  Because the order to be appealed extends a prior emergency custody order, it falls within the scope of OCGA § 5-6-34 (a) (11) and is directly appealable.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, Michael DeLeon's application for interlocutory appeal is hereby GRANTED.  He shall have ten days from the date of this order to file a notice of appeal if he has not already done so. The clerk of the superior court is directed to

include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____12/17/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*